UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **MELVIN CARTER,** Petitioner | **CIVIL DOCKET NO. 5:20-CV-287-P** |
| **VERSUS** | **JUDGE FOOTE** |
| **JERRY GOODWIN,** Respondent | **MAGISTRATE JUDGE PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 5), and after a *de novo* review of the record, including the Objection filed by Petitioner, having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition (ECF No. 1) is hereby DENIED and DISMISSED WITH PREJUDICE as untimely. *See* 28 U.S.C. § 2244(d).

IT IS FURTHER ORDERED that that Petitioner's Motion for Certificate of Appealability pursuant to 28 U.S.C. § 2253 (ECF No. 7) is hereby **DENIED** because he has not made a substantial showing of a constitutional right.

THUS DONE AND SIGNED at Shreveport, Louisiana, on this 24th day of September 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE